1 KAREN P. HEWITT
United States Attorney
2 JOSEPH J.M. ORABONA
Assistant United States Attorney
3 California State Bar No. 223317
United States Attorney's Office
4 Federal Office Building
880 Front Street, Room 6293
5 San Diego, California 92101
Telephone: (619) 557-7736
6
Attorneys for Plaintiff
7 UNITED STATES OF AMERICA

FILED

NOV 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10                                                        07CR3083-IEG
    UNITED STATES OF AMERICA,        )    Magistrate Case No. 07MJ2584
11                                   )
                  Plaintiff,         )
12                                   )    **STIPULATION OF FACT AND JOINT**
         v.                          )    **MOTION FOR RELEASE OF**
13                                   )    **MATERIAL WITNESS(ES) AND**
    JESUS GARCIA-INGUEZ,             )    **ORDER THEREON**
14                                   )
                  Defendant.         )
15 _____)    **(Pre-Indictment Fast-Track Program)**

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Joseph

18 J.M. Orabona, Assistant United States Attorney, and defendant JESUS GARCIA-INGUEZ, by and

19 through and with the advice and consent of defense counsel, Gregory Murphy, Federal Defenders

20 of San Diego, Inc., that:

21       1.       Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26 § 1324(a)(1)(A)(i) and (v)(II).

27 //

28 JJO:jam

1      2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4      3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before December 5, 2007.

6      4.      The material witnesses, Adrian Prudencio-Cruz, Ravith Ruiz-Escobar, and Pablo

7  Alfonso-Hernandez, in this case:

8          a.      Are aliens with no lawful right to enter or remain in the United States;

9          b.      Entered or attempted to enter the United States illegally on or about

10  November 1, 2007;

11          c.      Were found in rural terrain near the international border with Mexico and

12  were being guided by defendant, and defendant knew of the fact that they were aliens with no lawful

13  right to enter or remain in the United States;

14          d.      Were paying or having others pay on their behalf $1,500 to others to be

15  brought into the United States illegally and/or transported illegally to their destination therein; and,

16          e.      May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18      5.      After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22          a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24          b.      The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jesus Garcia-Inguez                    2                    07MJ2584

1           c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4   waives the right to confront and cross-examine the material witness(es) in this case.

5         6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6   read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7   further that defendant has discussed the terms of this stipulation and joint motion with defense

8   counsel and fully understands its meaning and effect.

9         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12        It is STIPULATED AND AGREED this date.

13                                    Respectfully submitted,

14                                    KAREN P. HEWITT

15                                    United States Attorney

16  Dated: ___11/20/07___

17                                    JOSEPH J.M. ORABONA

                                      Assistant United States Attorney

18  Dated: _11/13/07_

19                                    GREGORY MURPHY

20                                    Defense Counsel for Jesus Garcia-Inguez

21  Dated: _11/13/07_

22                                    JESUS GARCIA-INGUEZ

                                  Defendant

23

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
  Material Witness(es) And Order Thereon in
  United States v. Jesus Garcia-Inguez           3                     07MJ2584

1
## ORDER

2   Upon joint application and motion of the parties, and for good cause shown,

3   **THE STIPULATION** is admitted into evidence, and,

4   **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5   forthwith to the Department of Homeland Security for return to their country of origin.

6   **SO ORDERED.**

7   Dated: _11-20-07_ .

8                                                    United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jesus Garcia-Inguez                    4                          07MJ2584