UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Jesus Garcia-Inguez )<br>)<br>Defendant(s) )<br>———————————————— ) | CRIMINAL NO. 07CR3083-IEG<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 57989198 |

On order of the United States District/<u>Magistrate Judge</u>,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Ravith Ruiz-Escobar

DATED: 11-20-07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
                by _____
                   Deputy Clerk