FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3083-IEG |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) |
| JESUS GARCIA-INGUEZ, ) | - Bringing in Illegal Aliens and Aiding and Abetting |
| Defendant. ) | |

The United States Attorney charges:

On or about November 1, 2007, within the Southern District of California, defendant JESUS GARCIA-INGUEZ, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Adrian Prudencio-Cruz, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 11/19/07.

KAREN P. HEWITT
United States Attorney

_(signed)_

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
11/7/07